# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2025

## NO. 03-23-00761-CV

**Jimmie Luecke Children Partnership, Ltd., Appellant**

**v.**

**Everard Droemer, Dorchen Hoeinghaus, Bernard Droemer, Theodore Droemer, and Roberta Boriack, Appellees**

### APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES THEOFANIS AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment signed by the trial court on August 16, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.